# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TIMOTHY BRYANT CHARLES (#345238)**      **CIVIL ACTION**

**VERSUS**

     **NO. 19-27-SDD-RLB**

**RANDALL ROBERTSON, ET AL.**

## ORDER

Before the Court are the plaintiff's Motion for Leave to File an Amended Complaint (R. Doc. 5), Motion for Leave to File an Alter Amended Complaint (R. Doc. 8), Motion for Leave to File an Amended Complaint (R. Doc. 9), and Motion for Reconsideration (R. Doc. 10). The plaintiff seeks to amend his Complaint to clarify that he is seeking nominal and/or punitive damages and an injunction, and to add additional facts regarding violation of his procedural due process rights and denial of equal protection in connection with his parole proceedings.

The plaintiff has not provided the Court with a proposed amended complaint. Furthermore, it is within the Court's discretion to deny a motion to amend if it is futile. An amendment would be futile if "the amended complaint would fail to state a claim upon which relief could be granted." *Stripling v. Jordan Production Co.,* 234 F.3d 863, 872-873 (5th Cir. 2000). The Court finds such futility in this case. The amendments requested by the plaintiff fail to state a claim for the same reasons set out in this Court's Report and Recommendation (R. Doc. 4). Accordingly,

**IT IS ORDERED** that the plaintiff's Motions (R. Docs. 5, 8, 9, and 10) are **DENIED**.

Signed in Baton Rouge, Louisiana, on April 9, 2019.

                                                    **RICHARD L. BOURGEOIS, JR.**
                                                    **UNITED STATES MAGISTRATE JUDGE**